UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-199-SDM-AAS

WILLINTON GONZALEZ CASTILLO

## JOINT STATUS REPORT – JULY 2022

The United States of America, having conferred with counsel for the defendant, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's Order of June 15, 2022, the United States herein states as follows:

1. **Brief summary of the case's status:**

The defendant and his two co-defendants were charged in a two-count indictment. Count One charges the defendants with conspiracy to distribute more than five (5) kilograms of cocaine while onboard on a vessel subject to the jurisdiction of the United States. Count Two charges the defendants with possession with intent to distribute five (5) kilograms or more of cocaine while onboard on a vessel subject to the jurisdiction of the United States.

The defendant was arrested in the Southern District of Florida (SDFL), on June 1, 2022, on an indictment in a different case in this court, *United States v. Valverde-Riascos et al.*, 8:22-cr-195-MSS-SPF, and made his initial appearance in the SDFL that same day. He was arrested on the instant case when he arrived in the Middle District of Florida on June 14, 2022. He was arraigned the same day and

pleaded not guilty. His two co-defendants in this case are Colombian nationals who have yet to be extradited.

This is the first status report in this case. Initial discovery is being processed and will be provided to the defendant shortly.

2. **Possibility of a plea agreement as to each defendant:**

The parties are working on a global resolution to both pending cases, both of which involve similar drug trafficking charges under the Maritime Drug Law Enforcement Act (MDLEA).

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from the United States Coast Guard will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of this writing, there are no motions pending.

5. **Potential speedy trial problems:**

This case is currently scheduled for the August 2022 trial calendar. There is no speedy trial problem anticipated. Defense counsel has advised that she will be moving for a continuance to allow time to review discovery and consider case disposition options. The United States has no objection to a continuance.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Matthew J. Del Mastro*
    Matthew J. Del Mastro
    Special Assistant United States Attorney
    United States Attorney No. 203
    400 N. Tampa St., Ste. 3200
    Tampa, FL 33602-4798
    Telephone: (813) 274-6000
    Facsimile: (813) 274-6358
    E-mail: Matthew.Del.Mastro@usdoj.gov

U.S. v. Gonzalez Castillo	Case No. 8:20-cr-199-SDM-AAS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsel of Record.

*/s/ Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney No. 203
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov