UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:20-cr-199-SDM-AAS

WILLINTON GONZALEZ CASTILLO

## JOINT STATUS REPORT – AUGUST 2022

The United States of America, having conferred with counsel for the

defendant, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following

status report. In response to the inquiries in the Court's Order of June 15, 2022, the

United States herein states as follows:

1.     **Brief summary of the case's status:**

The defendant and his two co-defendants were charged in a two-count

indictment. Count One charges the defendants with conspiracy to distribute more

than five (5) kilograms of cocaine while onboard on a vessel subject to the

jurisdiction of the United States. Count Two charges the defendants with possession

with intent to distribute five (5) kilograms or more of cocaine while onboard on a

vessel subject to the jurisdiction of the United States.

The defendant was arrested in the Southern District of Florida (SDFL), on

June 1, 2022, on an indictment in a different case in this court, *United States v.*

*Valverde-Riascos et al.*, 8:22-cr-195-MSS-SPF, and made his initial appearance in the

SDFL that same day. He was arrested on the instant case when he arrived in the

Middle District of Florida on June 14, 2022. He was arraigned the same day and

pleaded not guilty. His two co-defendants in this case are Colombian nationals who have yet to be extradited.

This is the second status report in this case. Initial discovery has been provided and is ongoing. The case is currently scheduled for the October 2022 trial term.

2. **Possibility of a plea agreement as to each defendant:**

The parties are working on a global resolution to both pending cases, both of which involve similar drug trafficking charges under the Maritime Drug Law Enforcement Act (MDLEA).

3. **Number of days required for trial, for government's case-in-chief:**

It is estimated the United States will require three days to present its case-in-chief. Transport of witnesses from the United States Coast Guard will take several weeks to arrange and it is therefore requested that a date certain be set for any trial in the matter.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

As of this writing, there are no motions pending.

5. **Potential speedy trial problems:**

No speedy trial problem is anticipated.


Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    */s/ Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney No. 203
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Defense Counsel of Record.

*/s/ Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
United States Attorney No. 203
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Matthew.Del.Mastro@usdoj.gov